An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM H.A. PLUMMER, AN
INDIVIDUAL,
Appellant,
vs.
WILLIAM E. SMALES, INDIVIDUALLY
AND DEANNE R. SMALES,
INDIVIDUALLY,
Respondents.

No. 63483

FILED

SEP 2 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is a proper person appeal from a district court summary judgment in a deficiency action. Eighth Judicial District Court, Clark County; Allan R. Earl, Judge.

Our review of the record on appeal reveals a jurisdictional defect. Specifically, appellant filed a tolling motion in district court before filing his notice of appeal. *See AA Primo Builders, LLC v. Washington,* 126 Nev. ___, ___, 245 P.3d 1190, 1192-93 (2010) (recognizing that any motion seeking a substantive alteration of a judgment tolls the time for appealing that judgment). As that motion has not been resolved by the district court, appellant's notice of appeal is premature, *see* NRAP 4(a)(6), and it fails to confer jurisdiction on this court. Accordingly, we order this appeal dismissed. Once a written order resolving the tolling motion is entered, any aggrieved party may appeal from that order. *See* NRAP 4(a)(4).

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

13-28280

cc: Hon. Allan R. Earl, District Judge
   William H.A. Plummer
   Robert M. Apple
   Eighth District Court Clerk